AO 442 (Rev. 01/09) Arrest Warrant

Fi ct #10166607

UNSEALED

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
MAY 15 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1: 16-cr-163 |
| Cristian Flamanzeanu | ) | Date Assigned: 09/15/2016 |
| a/k/a Christiano Flamanzeano | ) | Assigned to: Judge Colleen Kollar-Kotelly |
| | ) | Description: INDICTMENT (B) |
| | ) | Case Related to CR15-123 (CKK) |
| *Defendant* | | |

2016 SEP 21 PM 2:47

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Cristian Flamanzeanu a/k/a Christiano Flamanzeano                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Violations:
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)
FORFEITURE:
18 U.S.C. § 981(a)(1)(c)
28 U.S.C. § 2461(c)
21 U.S.C. § 853(p)
See attached Indictment.

Date:   09/15/2016

_____
*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 9-21-16 , and the person was arrested on *(date)* 5-15-17 at *(city and state)* WASHINGTON DC . |
| Date: 5-15-17       FBI SA JOHN WONG by: _____ *Arresting officer's signature* |
|                     OUSM NEATH, Nathan *Printed name and title* |